**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------------x
LISA "LEE" WHITNUM,  )
    Plaintiff,  )
      )
    - v -  )
      )
GATEHOUSE MEDIA INC.,  )
The Norwich Bulletin  )
And Raymond Hackett, personally  )
      )
-----------------------------------------------------------x

3: 12Cv279(AWT)

March 13, 2012

## NOTICE OF VOLUNTARY DISMISSAL

Lisa Whitnum, plaintiff submits this Notice of Voluntary Dismissal fot the above referenced case.

Please see attached Certificate of Service.

Greenwich, CT
March 13, 2012

Lisa "Lee" Whitnum

CC :
LAW OFFICES OF Alan Neigher
1804 Post Road East, Westport, CT  06880

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x
LISA "LEE" WHITNUM,                                    )
    Plaintiff,                                              )
                                                       )
                      - v -                     )
                                                       )
                                                       )
GATEHOUSE MEDIA INC.,                                  )
The Norwich Bulletin                                   )
And Raymond Hackett, personally                        )
                                                       )   March 13, 2012
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Lisa Whitnum deposes and says:

On March 13, 2012, deponent served the within:

1.     NOTICE OF VOLUNTARY DISMISSAL

upon the following party by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the

1. United States Postal Service within the State of New York. (see attached postal deliver) TO:  *Via Certified Mail # 7011 2970 0002 2104  & Regular Mail*
                                                                                                                         at 7678

TO :

LAW OFFICES OF Alan Neigher
1804 Post Road East, Westport, CT  06880


Greenwich, CT
March 13, 2012

                                                             _____
                                                              Lisa "Lee" Whitnum